**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

FRED SMITH, State Representative                                                                PLAINTIFF

v.                                              No. 3:13CV00050 JLH

STATE OF ARKANSAS; THOMAS D. DEEN;
APRIL CANTRELL; RICK G. MCKELVEY;
BARRY E. ROY; MIKE MIDDLETON;
ARKANSAS STATE POLICE;
DERMOTT SCHOOL DISTRICT;
J. BIGHAM, Deputy Sheriff; and DESOTO
COUNTY SHERIFF DEPARTMENT                                                                    DEFENDANTS

## ORDER

J. Bigham and the Desoto County Sheriff Department filed a motion to dismiss on September 24, 2013. No response has been filed. The Arkansas State Police, Thomas D. Deen, Mike Middleton, Rick McKelvey, and Barry Roy, in their individual and official capacities, filed a motion to dismiss on October 10, 2013. No response has been filed. The Court hereby gives notice to the plaintiff, Fred Smith, that if he does not file a response to these motions on or before November 4, 2013, the Court will assume that he does not oppose them and will act accordingly.

IT IS SO ORDERED this 28th day of October, 2013.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE