**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

FRED SMITH, State Representative                                                   PLAINTIFF

v.                             No. 3:13CV00050 JLH

STATE OF ARKANSAS; THOMAS D. DEEN;
APRIL CANTRELL; RICK G. MCKELVEY;
BARRY E. ROY; MIKE MIDDLETON;
ARKANSAS STATE POLICE;
DERMOTT SCHOOL DISTRICT;
J. BIGHAM, Deputy Sheriff; and DESOTO
COUNTY SHERIFF DEPARTMENT                                                          DEFENDANTS

**ORDER**

Defendants J. Bigham and the Desoto County Sheriff Department have filed a motion to dismiss. Similarly, the Arkansas State Police, Thomas D. Deen, Mike Middleton, Rick McKelvey, and Barry Roy, in their individual and official capacities, have filed a motion for judgment on the pleadings. On October 28, 2013, the Court entered an Order giving notice to the plaintiff, Fred Smith, that he must file a response to these motions on or before November 4, 2013, or the Court would assume that he did not oppose them and would act accordingly. Smith has not filed a response to either motion. The motions are therefore GRANTED. Documents #31 and #33. Fred Smith's claims against J. Bigham, Desoto County Sheriff Department, Arkansas State Police, Thomas D. Deen, Mike Middleton, Rick McKelvey, and Barry Roy, in their individual and official capacities, are hereby dismissed without prejudice.

IT IS SO ORDERED this 5th day of November, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE