**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

FRED SMITH                                                                            PLAINTIFF

v.                                              NO. 3:13CV00050 JLH

APRIL CANTRELL and
DERMOTT SCHOOL DISTRICT                                                  DEFENDANTS

## ORDER

   The Court conducted a status telephone conference in this matter on Wednesday, August 6,

2014.  Plaintiff, Fred Smith, appeared on behalf of himself.  Jackie B. Harris appeared on behalf of

defendants April Cantrell and Dermott School District.  The parties were in agreement that the case

should be removed from the August 25, 2014, trial docket in Jonesboro, Arkansas.  A new trial date

and scheduling deadlines will be set by separate order.

   IT IS SO ORDERED this 7th day of August, 2014.


_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE