**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

FRED SMITH, State Representative                                                              PLAINTIFF

v.                                           No. 3:13CV00050 JLH

APRIL CANTRELL; and
DERMOTT SCHOOL DISTRICT                                                                  DEFENDANTS

## ORDER

On October 9, 2014, April Cantrell and the Dermott School District filed motions to dismiss for failures to state a claim. The time for responding to the motions to dismiss has expired, and no response has been filed. The Court hereby gives notice to the plaintiff, Fred Smith, that if he fails to file a response to the motions to dismiss by the close of business on November 4, 2014, the Court will assume that he does not oppose the motions and will act accordingly.

IT IS SO ORDERED this 28th day of October, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE