## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

FRED SMITH, State Representative                                                                PLAINTIFF

v.                                             No. 3:13CV00050 JLH

APRIL CANTRELL; and
DERMOTT SCHOOL DISTRICT                                                                     DEFENDANTS

## JUDGMENT

Pursuant to the Orders entered previously in this action, judgment is entered in favor of the defendants on the claims of Fred Smith. The complaint of Fred Smith is hereby dismissed with prejudice.

IT IS SO ORDERED this 31st day of October, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE